1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO**

| | |
|---|---|
| DANIEL ARAUJO, individually and doing business as DANNY ARAUJO CONSTRUCTION,<br><br>               Plaintiff,<br><br>      v.<br><br>W.E. LYONS CONSTRUCTION CO., a California corporation; LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts corporation, and DOES 1 through 100, inclusive,<br><br>               Defendants. | Case No.  C 10-04028 (CW)<br><br>ORDER ON NOTICE OF WITHDRAWAL OF ATTORNEY<br><br><br>Assigned to Hon. Claudia Wilken<br>Complaint Filed: September 9, 2010 |

NOTICE HAVING BEEN GIVEN that attorneys for plaintiff, Daniel Araujo,

individually and doing business as Danny Araujo Construction, withdraws as counsel of record

for plaintiff, herein,

IT IS ORDERED that the Notice of Withdrawal is granted.  **The Court notes that a**

**business cannot represent itself, nor can a non-lawyer represent it.**

DATED:  _**2/14/2011**_____.

_____

Hon. Claudia Wilken
Judge of the United States District Court
Northern District of California