William H. McInerney, Jr. #95794
McInerney & Dillon, P.C.
1999 Harrison Street, Suite 1700
Oakland, California 94612-4700
Telephone: (510) 465-7100
Facsimile: (510) 465-8556

Attorneys for defendants W.E. Lyons
Construction Co. and Liberty Mutual
Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

| | |
|---|---|
| DANIEL ARAUJO, individually and doing business as DANNY ARAUJO CONSTRUCTION., <br><br> Plaintiffs, <br><br> v. <br><br> W.E. LYONS CONSTRUCTION, CO., a California corporation; LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts corporation, and DOES 1 though 100, inclusive <br><br> Defendants. | Case No. C 10-04028 (CW) <br><br> STIPULATION OF DISMISSAL <br><br> Assigned to Hon. Claudia Wilken <br> Complaint Field: September 9, 2010 |

IT IS HEREBY STIPULATED by and between the plaintiff, DANIEL ARAUJO, individually and doing business as DANNY ARAUJO CONSTRUCTION, who is representing himself, in pro per and the defendants, W.E. LYONS CONSTRUCTION, CO and LIBERTY MUTUAL INSURANCE COMPANY through their counsel pursuant to a settlement agreement reached between the parties that this above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41 (a)(1) with both sides bearing their own costs and fees.

Dated: April 13, 2011

DANIEL ARAUJO, individually and doing business as DANNY ARAUJO CONSTRUCTION

By _____

LYO-6486

Dated April 26, 2011

W.E. LYONS CONSTRUCTION, CO. and
LIBERTY MUTUAL INSURANCE COMPANY

By _____
William H. McInerney, Jr.
attorney for defendants



IT IS SO ORDERED

Judge Claudia Wilken

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# CALIFORNIA ALL-PURPOSE
# CERTIFICATE OF ACKNOWLEDGMENT

State of California

County of _Kern_

On _April 13, 2011_ before me, _Shelly Marscheider, Notary Public_,
(Here insert name and title of the officer)

personally appeared _Daniel Araujo_ ,

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_[signature]_
Signature of Notary Public                         (Notary Seal)

SHELLY MARSCHEIDER
COMM. #1742159
NOTARY PUBLIC · CALIFORNIA
San Bernardino County
Comm. Expires Apr 27, 2011

---

## ADDITIONAL OPTIONAL INFORMATION

### DESCRIPTION OF THE ATTACHED DOCUMENT

_Stipulation of_
(Title or description of attached document)

_Dismissal_
(Title or description of attached document continued)

Number of Pages _2_   Document Date _4/13/11_

_N/A_
(Additional information)

### CAPACITY CLAIMED BY THE SIGNER
- ☑ Individual (s)
- ☐ Corporate Officer
  _____
  (Title)
- ☐ Partner(s)
- ☐ Attorney-in-Fact
- ☐ Trustee(s)
- ☐ Other _____

### INSTRUCTIONS FOR COMPLETING THIS FORM
*Any acknowledgment completed in California must contain verbiage exactly as appears above in the notary section or a separate acknowledgment form must be properly completed and attached to that document. The only exception is if a document is to be recorded outside of California. In such instances, any alternative acknowledgment verbiage as may be printed on such a document so long as the verbiage does not require the notary to do something that is illegal for a notary in California (i.e. certifying the authorized capacity of the signer). Please check the document carefully for proper notarial wording and attach this form if required.*

- State and County information must be the State and County where the document signer(s) personally appeared before the notary public for acknowledgment.
- Date of notarization must be the date that the signer(s) personally appeared which must also be the same date the acknowledgment is completed.
- The notary public must print his or her name as it appears within his or her commission followed by a comma and then your title (notary public).
- Print the name(s) of document signer(s) who personally appear at the time of notarization.
- Indicate the correct singular or plural forms by crossing off incorrect forms (i.e. he/she/they, is /are ) or circling the correct forms. Failure to correctly indicate this information may lead to rejection of document recording.
- The notary seal impression must be clear and photographically reproducible. Impression must not cover text or lines. If seal impression smudges, re-seal if a sufficient area permits, otherwise complete a different acknowledgment form.
- Signature of the notary public must match the signature on file with the office of the county clerk.
  ❖ Additional information is not required but could help to ensure this acknowledgment is not misused or attached to a different document.
  ❖ Indicate title or type of attached document, number of pages and date.
  ❖ Indicate the capacity claimed by the signer. If the claimed capacity is a corporate officer, indicate the title (i.e. CEO, CFO, Secretary).
- Securely attach this document to the signed document

2008 Version CAPA v12.10.07 800-873-9865 www.NotaryClasses.com